# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**MELISSA HADLEY,**

      **Plaintiff,**

                                                                                **CIVIL ACTION**

v.

                                                                                **No. 14-1055-KHV**

**HAYS MEDICAL CENTER, et al.,**

      **Defendants.**

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order (Doc. #173) filed November 21, 2016, the claims against Kenneth Koerner, D.C., are DISMISSED without prejudice and the case is CLOSED.

**Dated: November 21, 2016**

                                                  **TIMOTHY M. O'BRIEN, CLERK**

                                                  **s/ Sherry Bernhardt**
                                                  **Sherry Bernhardt, Deputy Clerk**